**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| GAYNELLE L. RUSSELL | ) | BANKRUPTCY CASE NUMBER 05-15123 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

CLAIM # 6    Merchant's Retail Credit Assn. or                                $ 1.05
             Med&Dent Business Bureau of Allen County
             333 East Washington Boulevard
             Post Office Box 11285
             Fort Wayne, Indiana   46857

                                                            **TOTAL:    $ 1.05**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven